**DISMISS and Opinion Filed November 19, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00928-CV

**MIDLAND FUNDING LLC, Appellant**
**V.**
**MARIA MENDOZA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07576-B**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Moseley

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. Pursuant to the parties' settlement agreement, we set aside the trial court's judgment without regard to the merits and dismiss with prejudice the trial court's case. *See* TEX. R. APP. P. 42.1(a)(2).

/Jim Moseley/
JIM MOSELEY
JUSTICE

130928F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIDLAND FUNDING LLC, Appellant

No. 05-13-00928-CV      V.

MARIA MENDOZA, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas.
Trial Court Cause No. CC-12-07576-B.
Opinion delivered by Justice Moseley.
Justices Bridges and Evans, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** without regard to the merits and the trial court case is **DISMISSED** with prejudice.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 19th day of November, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE